United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-41575
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER B. HARVEY,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-402-1
--------------------

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent
Christopher B. Harvey has requested leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967). Harvey has responded to the motion alleging that his
defense counsel rendered ineffective assistance and that the
probation officer increased his total offense level due to
Harvey's failure to report while on pre-trial release. Harvey's
ineffective-assistance-of-counsel claim is not cognizable on

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

direct appeal.  <u>See</u> <u>United States v. Haese</u>, 162 F.3d 359, 363-64 (5th Cir 1998).  His second claim lacks factual merit.

Our independent review of the brief and the record discloses no nonfrivolous issue for appeal.  Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.